**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**
**SAN JUAN DIVISION**

IN RE :

**LUIS A ABRUNA PAUDA**
**ELBA M ALVARADO RIVERA**
      Debtor(s)

CASE No. : <u>12-09207-BKT</u>

Chapter : 7

**COVER SHEET FOR AMENDMENTS**

The enclosed documents amend the schedules previously filed in this case.

The schedules amended is (are) : Schedules : **B and C**

The purpose of this amendment(s) is (are) to:

    **To list teachers's annuity and proper exemption, to separate household goods items, to amend exemptions claimed in schedule B.**

    At San Juan, Puerto Rico this 9th day of September, 2013.

**IRVING K. HERNANDEZ, PSC**
1002 Muñoz Rivera Avenue Suite 207
San Juan Puerto Rico 00927
Tel. (787) 767-0446 Fax: (888) 273-4786

/s/ Irving K. Hernandez Valls
**IRVING K. HERNANDEZ VALLS**
**USDC -PR 211602**

In re **LUIS A ABRUNA PAUDA**  Case No. **12-09207-BKT**
**ELBA M ALVARADO RIVERA**
(if known)

*AMENDED 9/6/2013*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Coop A/C La Puertorriquena Shares | - | $100.00 |
| | | Coop A/C La Moroveña (Shares) | - | $4,295.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Bedroom Set | C | $100.00 |
| | | Bed | C | $50.00 |
| | | Dinning Set | C | $100.00 |
| | | Living Room Set | C | $100.00 |
| | | Fridge | C | $50.00 |
| | | Microwave | C | $20.00 |
| | | Radio | C | $20.00 |
| | | Computer | C | $100.00 |
| | | Printer | C | $20.00 |
| | | Desk | C | $20.00 |
| | | TV | C | $50.00 |
| | | Pots and Pans | C | $50.00 |
| | | Stove | C | $50.00 |

In re **LUIS A ABRUNA PAUDA**     Case No. **12-09207-BKT**
       **ELBA M ALVARADO RIVERA**
                                                                               (if known)

*AMENDED 9/6/2013*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | - | $200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Teacher's retirement Benefits ($2,162.93/monthly) | C | $2,162.93 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **LUIS A ABRUNA PAUDA**     Case No. **12-09207-BKT**
       **ELBA M ALVARADO RIVERA**
                                                                                              (if known)

*AMENDED 9/6/2013*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Disability Benfits under Social Security (Claimed but not assigned yet)<br><br>Claimm under Federal Employees Retirement Benefits (FERS) Disability Retirement Benefits (Claimed but not assigned yet) | -<br><br>- | Unknown<br><br>Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re **LUIS A ABRUNA PAUDA**　　　　　　　　　　　Case No. **12-09207-BKT**
　　　**ELBA M ALVARADO RIVERA**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 9/6/2013*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 Mazda Protege<br><br>1999 Pontiac Sunfire | -<br><br>- | $400.00<br><br>$1,950.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **LUIS A ABRUNA PAUDA**            Case No. **12-09207-BKT**
     **ELBA M ALVARADO RIVERA**
                                                                                                             (if known)

*AMENDED 9/6/2013*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                     **4**     continuation sheets attached     **Total >**      **$9,837.93**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **LUIS A ABRUNA PAUDA**   Case No. **12-09207-BKT**
**ELBA M ALVARADO RIVERA**
(If known)

*AMENDED 9/6/2013*

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 4 Brm 1 Bth residetial concrete house located at 816 Polaris Urb Dos Pinos, San Juan | 31 P.R. Laws Ann. § 385(a); 1851-1857 | $135,000.00 100% of FMV | $135,000.00 |
| Bedroom Set | 32 L.P.R.A. § 1130 (1), (2) ans (14) | $100.00 | $100.00 |
| Bed | 32 L.P.R.A. § 1130 (1), (2) ans (14) | $50.00 | $50.00 |
| Dinning Set | 32 L.P.R.A. § 1130 (1), (2) ans (14) | $100.00 | $100.00 |
| Living Room Set | 32 L.P.R.A. § 1130 (1), (2) ans (14) | $100.00 | $100.00 |
| Fridge | 32 L.P.R.A. § 1130 (1), (2) ans (14) | $50.00 | $50.00 |
| Microwave | 32 L.P.R.A. § 1130 (1), (2) ans (14) | $20.00 | $20.00 |
| Radio | 32 L.P.R.A. § 1130 (1), (2) ans (14) | $20.00 | $20.00 |
| Computer | 32 L.P.R.A. § 1130 (1), (2) ans (14) | $100.00 | $100.00 |
| Printer | 32 L.P.R.A. § 1130 (1), (2) ans (14) | $20.00 | $20.00 |
| Desk | 32 L.P.R.A. § 1130 (1), (2) ans (14) | $20.00 | $20.00 |
| TV | 32 L.P.R.A. § 1130 (1), (2) ans (14) | $50.00 | $50.00 |
| Pots and Pans | 32 L.P.R.A. § 1130 (1), (2) ans (14) | $50.00 | $50.00 |
| Stove | 32 L.P.R.A. § 1130 (1), (2) ans (14) | $50.00 | $50.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $135,730.00 | $135,730.00 |

B6C (Official Form 6C) (4/10) -- Cont.

In re **LUIS A ABRUNA PAUDA**  
**ELBA M ALVARADO RIVERA**

Case No. **12-09207-BKT**
(If known)

*AMENDED 9/6/2013*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Clothing | 32 P.R. Laws Ann. § 1130(2) | $200.00 | $200.00 |
| Teacher's retirement Benefits ($2,162.93/monthly) | 18 P.R. Laws Ann. § 391y | $2,162.93 100% of FMV | $2,162.93 |
| Disability Benfits under Social Security (Claimed but not assigned yet) | 42 U.S.C. § 407 (a) | Unknown 100% of FMV | Unknown |
| Claimm under Federal Employees Retirement Benefits (FERS) Disability Retirement Benefits (Claimed but not assigned yet) | 5 U.S.C. § 8130 | Unknown 100 % of Benefits - Listed as personal property by not part of the Bankruptcy Estate - 11 USC § 541(b) ((7)(A)(i)(I) | Unknown |
|  | 5 U.S.C. § 8346(a) | Unknown 100 % of Benefits - Listed as personal property by not part of the Bankruptcy Estate - 11 USC § 541(b) ((7)(A)(i)(I) |  |
| 1996 Mazda Protege | 32 L.P.R.A. 1130 (6) | $0.00 | $400.00 |
| 1999 Pontiac Sunfire | 32 L.P.R.A. 1130 (6) | $0.00 | $1,950.00 |
|  |  | **$138,092.93** | **$140,442.93** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **LUIS A ABRUNA PAUDA**　　　　　　　　　　　　　　　　　Case No. **12-09207-BKT**
　　　**ELBA M ALVARADO RIVERA**　　　　　　　　　　　　　　　　　　　　　　　(if known)

### AMENDED 9/6/2013
# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of　　**9**　　sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **9/9/2013**　　　　　　　　　　　Signature **/s/ LUIS A ABRUNA PAUDA**
　　　　　　　　　　　　　　　　　　　　　　　**LUIS A ABRUNA PAUDA**

Date **9/9/2013**　　　　　　　　　　　Signature **/s/ ELBA M ALVARADO RIVERA**
　　　　　　　　　　　　　　　　　　　　　　　**ELBA M ALVARADO RIVERA**
　　　　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*